BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| REGINA SILVAS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>    Defendant. )<br>) | Case No. 1:09-cv-00030 JLT<br><br>ORDER ON STIPULATION SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(Doc 21) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel that, subject to the approval of the Court, Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND EIGHT HUNDRED EIGHT dollars and 52/100 cents ($1,808.52). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of ONE THOUSAND EIGHT HUNDRED EIGHT dollars and 52/100 cents ($1,808.52) in EAJA attorney fees, shall constitute a complete release from and bar to any and all

claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: May 12, 2010          /s/ *Robert Christenson*
                             (As authorized via email)
                             ROBERT CHRISTENSON
                             Attorney for Plaintiff

Dated: May 12, 2010          BENJAMIN B. WAGNER
                             United States Attorney
                             LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                             */s/ Shea Lita Bond*
                             SHEA LITA BOND
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

### ORDER

Based upon the Stipulation of the Parties,

IT IS SO ORDERED.

Dated: **May 24, 2010**                    **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE

- 2 -